## McLEOD *v.* OHIO.

No. 1117, Misc.   Decided May 24, 1965.

Petitioner *pro se.*

*James V. Barbuto* and *John D. Smith* for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is reversed.   *Massiah* v. *United States,* 377 U. S. 201.